Rodney McKOWN, Appellant,

v.

Denis AGNIEL; Cranston Mitchell;
Dick Moore, Appellees.

No. 02–2975.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 4, 2002.

Decided Dec. 11, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Missouri inmate Rodney McKown appeals the district court's[1] denial of post-judgment motions in his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying the motions. Accordingly, we affirm. *See* 8th Cir. R. 47B.

John HARVEY, Appellant,

v.

Philip LOMASON; Gregory
Harvey, Appellees.

No. 02–2143.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 6, 2002.

Decided Dec. 11, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

John Harvey appeals the district court's[1] order granting defendants' motions to dismiss. Having carefully reviewed the record, we conclude dismissal of Mr. Harvey's federal constitutional claims was proper for the reasons explained by the district court. Accordingly, we affirm the district court's order, but modify the dismissal of any state law claims to be without prejudice. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

1. The Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).